**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

---

This Document Relates to:

Lawrence Storch

---

Civil Case # 1:20-cv-06109-RLY-TAB

---

**MOTION TO SUBSTITUTE PARTY PLAINTIFF AND
FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT**

COMES NOW, Francine Storch, surviving spouse of Lawrence Storch, and files this motion to substitute. Francine Storch is eligible to serve as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the court the following:

1.      Plaintiff Lawrence Storch initially filed suit in the United States District Court for the District of Maryland on January 24, 2020. The case was transferred to the United States District Court for the Southern District of Indiana on February 19, 2020.

2.      Plaintiff Lawrence Storch died on or about November 16, 2025.

3.      On April 14, 2026, Plaintiff's counsel filed a Notice of Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1). *See* Doc. No. 27858. Plaintiff's counsel recently learned of the death of Lawrence Storch after contacting his spouse.

4.      Francine Storch, surviving spouse of Lawrence Storch, is the proper party plaintiff to substitute for Plaintiff-decedent Lawrence Storch and to proceed forward with the surviving

1

products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

5.      Plaintiff thus moves to substitute Francine Storch, as Heir and Representative of the Estate of Lawrence Storch, Deceased, as Plaintiff in the present action.

6.      Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically, Francine Storch, as Heir and Representative of the Estate of Lawrence Storch, Deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Lawrence Storch is now deceased.

7.      A proposed Second Amended Short Form Complaint is attached hereto as Exhibit "A".

8.      Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave.  The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Francine Storch, as Heir and Representative of the Estate of Lawrence Storch, Deceased, as Party Plaintiff for Lawrence Storch; (2) the Court grant leave to file the attached Second Amended Short Form Complaint; Case 1:20-cv-06109-RLY-TAB; and, (3) the Court deem the attached Second Amended Short Form Complaint filed instanter.  A proposed Order is attached hereto as Exhibit "B".

Dated: July 16, 2026.

2

Respectfully Submitted,

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon, TX Bar No. 01284275
**Ben Martin Law Group, PLLC**
3500 Maple Avenue, Suite 400
Dallas, TX 75219
Tel.: (214) 761-6614
Fax: (214) 744-7590
tarbon@bencmartin.com

***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon